1 | CATHERINE J. WEINBERG, ESQ. [SBN 222066]
2 | BUCKNER, ROBINSON & MIRKOVICH
3146 Red Hill Avenue, Suite 200
3 | Costa Mesa, California 92626
Telephone: (714) 432-0990
4 | Fax: (714) 432-0352
Email: cweinberg@bamlaw.net
5
6 | Attorneys for Defendant
Lakeview Village Corp., a
7 | Nevada corporation

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| JAMES RUTHERFORD, an individual, | Case No. 8:19-cv-01884-DOC-ADS |
|---|---|
| Plaintiff, | **NOTICE OF MOTION AND MOTION TO DISMISS STATE LAW CLAIM IN COMPLAINT** |
| v. | |
| LAKEVIEW VILLAGE CORP., a Nevada corporation; and Does 1-10, inclusive, | FRCP Rules 12(b)(1), 12(b)(6), 12(h)(3), and 28 USC § 1367(c) |
| Defendants. | Date: December 9, 2018
Time: 8:30 a.m.
Courtroom: 9D
Judge: Hon. David O. Carter |
| | Complaint Filed: 10/01/19
Trial Date: No date scheduled |

**TO PLAINTIFF AND HIS ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on Monday, December 9, 2019, at 8:30 a.m., in Courtroom 9D of the United States District Court, Central District of California, Ronald Reagan Federal Building, United States Courthouse, 411 West Fourth Street, Santa Ana, California 92701-4516, the Honorable David O. Carter presiding, defendant LAKEVIEW VILLAGE CORP. ("Defendant") will and

1

NOTICE OF MOTION AND MOTION TO DISMISS STATE LAW CLAIM

hereby does move this Court for issuance of an Order dismissing the second cause of action for "Violations of the Unruh Civil Rights Act, California Civil Code § 51 et seq." (the "Unruh Act Claim") in the "Complaint for Damages and Injunctive Relief" (the "Complaint") filed in this matter by plaintiff JAMES RUTHERFORD ("Plaintiff"), based on the Court's discretion to decline supplemental jurisdiction under 28 U.S.C. § 1367(c).

Defendant brings this motion on the grounds that:

1) Plaintiff is a "high-frequency litigant" pursuant to California Code of Civil Procedure § 425.55(b) who has filed the Unruh Act Claim in this Court in a evident scheme of impermissible "forum shopping" to use federal court as an "end-around" to evade California's heightened pleading standards and increased filing fees; and

2) Plaintiff's state law claim under the Unruh Act substantially predominates over his federal claim under the ADA.

Either of these grounds would support the Court's decision to decline exercising supplemental jurisdiction over the Unruh Act Claim. There would be no prejudice to Plaintiff.

/ / /

/ / /

2

NOTICE OF MOTION AND MOTION TO DISMISS STATE LAW CLAIM

This motion is based on this Notice of Motion, the concurrently filed Memorandum of Points and Authorities and Request for Judicial Notice, any argument offered at a hearing on this motion, and all of the files and records in this case.

Dated: October 31, 2019

Respectfully submitted,

BUCKNER, ROBINSON & MIRKOVICH

By: _____
CATHERINE J. WEINBERG
Attorneys for Defendant Lakeview Village Corp.